MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **John & Bonita Dreckman**                     Chapter 7 Case No. **09-36013**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Credit Bureau of Marshall<br>PO Box 99<br>Marshall, MN  56258 | 2 | $176.04 | $1.30 |
| HSBC Bank Nevada<br>Bass & Associates<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ  85712 | 11 | $356.70 | $2.64 |

Dated:    September 14, 2010

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

